# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

HANCOCK BANK, a Mississippi
banking corporation,

      Plaintiff,

vs.                                                  CASE NO. 6:13-CV-318-ORL-19DAB

LEXON HOMES, INC., a Florida
corporation; JOSEPH KANTOR, an
individual; MOSHE ZIV, an individual;
jointly and severally; CITY OF ORLANDO,
et al.,

      Defendants.

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 27, filed March 19, 2013). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 27) is **ADOPTED and AFFIRMED.** Plaintiff's Complaint (Doc. No. 1, filed February 22, 2013) is **DISMISSED without prejudice** for failure to properly allege the citizenship of defendants sufficient to evaluate jurisdiction. Plaintiff may file an amended complaint **within fourteen (14) days** from the date of this Order which properly states the citizenship of defendants sufficient to evaluate jurisdiction and to eliminate the claims against the unknown parties. If Plaintiff does not file an amended complaint within this time, the case may be dismissed by the Court without further notice.

**DONE AND ORDERED** at Orlando, Florida, this ___16th___ day of April, 2013.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record