UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**HANCOCK BANK,**

     **Plaintiff,**

v.                                                    Case No:  6:13-cv-318-Orl-41DAB

**LEXON HOMES, INC., JOSEPH KANTOR, MOSHE ZIV, CITY OF ORLANDO, CREDIT SOLUTIONS INTERNATIONAL CO., THANH NGUYEN, AMEET KUMAR SHARMA, MANISHA SHARMA, UNITED STATES OF AMERICA, SANG THI NGUYEN, ERIC NGUYEN, LOULOU W. HOYOS, UNKNOWN TENANT NUMBER 1, JAMIE SEGURA, MONICA SEGURA, LEHMAN MOVING & STORAGE, INC. and ESCONDIDO COMMUNITY ASSOCIATION, INC.,**

     **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion for Deficiency Judgment (Doc. 115), wherein Plaintiff seeks a deficiency judgment for $1,018,658.49, as of February 25, 2015, against Defendants Lexon Homes, Inc. and Joseph Kantor. United States Magistrate Judge David A. Baker submitted a Report and Recommendation (Doc. 117), which recommends that this Court grant in part the Motion for Deficiency Judgment. Particularly, Judge Baker recommends that this Court—(1) deny Plaintiff's request to include prejudgment costs, attorneys' fees and costs, and an expert witness fee as part of the requested deficiency judgment and (2) enter such judgment in the amount of $970,733.93, as of February 25, 2015.

After an independent *de novo* review of the record and noting that no objections were timely filed, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 117) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Deficiency Judgment (Doc. 115) is **GRANTED in part** and **DENIED in part**.

3. The Clerk is directed to enter a deficiency judgment in favor of Plaintiff and against Defendants Lexon Homes, Inc. and Joseph Kantor, jointly and severally, in the amount of $970,733.93, as of February 25, 2015.

**DONE** and **ORDERED** in Orlando, Florida on May 14, 2015.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties